# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE E. WETZEL | : |
| Plaintiff, | : |
| v. | : 3:17-CV-2349 |
| | : (JUDGE MARIANI) |
| NANCY BERRYHILL, | : |
| ACTING COMMISSIONER OF | : |
| SOCIAL SECURITY, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 13TH DAY OF DECEMBER, 2018, upon review of Magistrate Judge Saporito's Report & Recommendation ("R&R") (Doc. 14) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge